| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|  | Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956 |
|  | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|  | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|  | Telephone: (559) 487-5561 |
| 5 | |
|  | Attorney for Defendant |
| 6 | FRANCISCO HUMBERTO CARRILLO-BELTRAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00320 LJO-1 |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| FRANCISCO HUMBERTO CARRILLO-BELTRAN | Date:  October 14, 2011 |
| Defendant. | Time:  9:00 a.m. |
| | Dept : Hon. Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for October 7, 2011, **may be continued to October 14, 2011, at 9:00 a.m.**

   Defense counsel requests this change for continuity of counsel, because he is unavailable on October 7, 2011.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: September 28, 2011        /s/ Elana S. Landau
                                          ELANA S. LANDAU
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: September 28 , 2011       /s/ Jeremy S. Kroger
                                            JEREMY S. KROGER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Francisco H. Carrillo-Beltran

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   September 28, 2011**        /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE