```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California  93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CASE NO. 1:11-CR-320 LJO
                                   )
12              Plaintiff,         )  STIPULATION AND ORDER TO
                                   )  CONTINUE STATUS CONFERENCE
13  v.                             )  HEARING
                                   )
14  FRANCISCO HUMBERTO CARRILLO-   )  DATE: January 23, 2012
    BELTRAN                        )  TIME: 1:00 P.M.
15                                 )  JUDGE: Hon. Lawrence J. O'Neill
                Defendant.         )
16                                 )
```

17      IT IS HEREBY STIPULATED by and between the parties hereto
18  through their respective counsel that the status conference in the
19  above-captioned matter now set for January 9, 2012, may be continued
20  to January 23, 2012 at 1:00 P.M.  This continuance is at the request
21  of both counsel for to allow time for proper preparation and to
22  permit plea negotiations between the parties with the intention of
23  conserving time and resources for both parties and the court. This is
24  the third status hearing, having previously been continued to allow
25  defense counsel to review additional discovery and allow sufficient
26  time to obtain results from the drug analysis being performed on the
27  narcotics seized in this case.  The government only received the
28

results of the drug analysis on January 3, 2012, and has therefore been unable to fashion a plea agreement up to this point. The government will provide an offer to Mr. Carrillo-Beltran by the end of the week. Defense counsel will then need additional time to review the offer with Mr. Carrillo-Beltran. The parties believe there will be a resolution of the case by the requested court date. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 4, 2012   By: /s/ Elana S. Landau
                            ELANA S. LANDAU
                            Assistant United States Attorney

                            DANIEL J. BRODERICK
                            Federal Defender

DATED: January 4, 2012   By: /s/ Jeremy S. Kroger
                            JEREMY S. KROGER
                            Assistant Federal Defender
                            Attorney for Defendant Carrillo-Beltran

**O R D E R**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 5, 2012          /s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE