DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO HUMBERTO CARRILLO-BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00320 LJO-1 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO ADVANCE SENTENCING HEARING; [PROPOSED] ORDER |
| v. | ) ) | Date:  April 23, 2012 |
| FRANCISCO HUMBERTO CARRILLO-BELTRAN, | ) ) ) | Time:  8:30 a.m. Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for May 21, 2012, **may be advanced to April 23, 2012, at 8:30 a.m.**

   Mr. Carrillo-Beltran respectfully requests that the Court advance the sentencing hearing in this matter because he has no objections to the Presentence Report, and because the defense, the government, and the Office of Probation all agree on the recommended sentence.

///

///

///

///

///

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: April 18, 2012                   /s/ Elana Landau
                                        ELANA S. LANDAU
                                        Assistant United States Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: April 18, 2012                   /s/ Jeremy S. Kroger
                                        JEREMY S. KROGER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Francisco H. Carrillo-Beltran
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   April 18, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE